UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Casey Ballinger v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13245-DRH |
| *Deonna Bartley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11296-DRH |
| *Azmeena Budhwani v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13123-DRH |
| *Jessica Hathcock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10643-DRH |
| *Sherri Hubbard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20337-DRH |
| *Laura Koble v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10480-DRH |
| *Samantha Larson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11792-DRH |
| *Jennifer Libby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11830-DRH |
| *Nastasha Morrison v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11801-DRH |
| *Kelli Ostergard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13389-DRH |
| *Elizabeth Rosiello, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10009-DRH |

*Robin Terrase, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-20020-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 13, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

    NANCY J. ROSENSTENGEL,
    CLERK OF COURT


    BY:  /s/*Sara Jennings*
         **Deputy Clerk**

**Dated:** March 14, 2014

Digitally signed by David R. Herndon
Date: 2014.03.14 12:32:01 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**

2